UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARIUS HOPKINS,

                Movant,

                23-cv-10667 (LAK)

      -against-

                [17-cr-791 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------x

|  |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/26/25 |

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        A certificate of appealability of the Court's orders dated October 1, 2024, and February 25, 2025, is denied.

        SO ORDERED.

Dated:    March 26, 2025

                                        Lewis A. Kaplan
                                        United States District Judge

*[Handwritten annotation:] Arius Hopkins, 79689-054, U.S. Penitentiary, PO Box #2000, Bruceton Mills, WV 26525*

*[Stamp:] Copies mailed — Chambers of Judge Kaplan*